**Ivan DICK, Movant v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
May 1, 1951.

Montgomery & Montgomery, Liberty, for movant.

A. E. Funk, Atty. Gen., John B. Browning, Asst. Atty. Gen., for opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.